FILED
8/4/2021
Clerk, U.S. District Court
District of Montana
Great Falls Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DALLAS M. GERE,<br><br>Defendant. | VIOLATION:<br>E1103184<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $55 fine and $30 processing fee for violation E1103184 (for a total of $85), and for good cause shown, IT IS ORDERED that the $85 fine paid by the defendant is accepted as a full adjudication of violation E1103184.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 24, 2021, is VACATED.

DATED this <u>4th</u> day of August, 2021.

_____
John Johnston
United States Magistrate Judge